This is to advise that on November 20, 2007

Judge Richard K. Eaton

Issued CONFIDENTIAL Slip Opinion 07-169

In action

Consol. Ct.  No. 04-00460

Shandong Huarong Machinery Co., Ltd.,
Shandong Machinery Import & Export Corporation,
Liaoning Machinery Import & Export Corporation,
and Tianjin Machinery Import & Export Corporation,
(Plaintiffs,)

v.

United States
(Defendant,)

and

Ames True Temper,
(Defendant-Intervenor.)